**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-2230**

DANIEL E. HEILY,

Plaintiff - Appellant,

versus

UNITED STATES DEPARTMENT OF THE INTERIOR,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge.  (CA-05-104-1)

Submitted: February 16, 2006      Decided: February 21, 2006

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Daniel E. Heily, Appellant Pro Se.  R. Joseph Sher, OFFICE OF THE
UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Daniel E. Heily appeals the district court's order dismissing his Freedom of Information Act case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Heily v. United States Dep't of Interior</u>, No. CA-05-104-1 (E.D. Va. Oct. 13, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>